UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
MICHAEL MCLAIN,

          Plaintiff,            CASE NO.: 20-cv-00933-LTS

    v.

TALLGRASS ENERGY, LP, WILLIAM R. MOLER, MARCELINO OREJA ARBURUA, GUY G. BUCKLEY, WALLACE C. HENDERSON, MATTHEW J.K. RUNKLE, ROY N. COOK, THOMAS A. GERKE, and TERRANCE D. TOWNER,

          Defendants.
------------------------------------------- X

## **NOTICE OF DISMISSAL**

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: April 20, 2020                        Respectfully Submitted,

                                              **MONTEVERDE & ASSOCIATES PC**

                                              */s/ Juan E. Monteverde*
                                              Juan E. Monteverde (JM-8169)
                                              The Empire State Building
                                              350 Fifth Avenue, Suite 4405
                                              New York, New York 10118
                                              Tel: 212-971-1341
                                              Fax: 212-202-7880

                                              *Attorney for Plaintiff*